**Dated: May 14, 2026**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

MICHAEL RAY FRIDAY,

       Debtor.

Case No. 24-12364-JDL
(Chapter 7)

FUSION INDUSTRIES, LLC AND
K&M HIGHLINE SERVICES, LLC,

       Plaintiff,

vs.

MICHAEL RAY FRIDAY,

       Defendant/Debtor.

Adv. Pro. No. 24-1076 JDL

### ORDER GRANTING UNOPPOSED APPLICATION TO EXTEND
### <u>CERTAIN SCHEDULING ORDER DEADLNES</u>

Before the Court for consideration is Defendant, Michael Friday's *Unopposed Application*

*to Extend Certain Scheduling Order Deadlines* [Doc. 20] filed May 13, 2026. After having fully

reviewed the Application, the pleadings on file and having fully considered the matter, the Court

**FINDS:**

1. As stated in the Application, the Plaintiff agrees to the relief sought.

2. For the reasons stated in the Application, due cause exists to grant the Application. In light of the Court's findings, the Court hereby **ORDERS:**

   a. The Court's current Scheduling Order [Doc. 18] is amended to extend the deadline to file final witness and exhibit lists from May 15, 2026, to June 5, 2026.

   b. No other deadliness or the trial date contained in the Scheduling Order are affected by this Order.

**All findings of fact are based upon representation of counsel for Defendant, Michael Friday. Counsel for Defendant, Michael Friday shall effectuate service of this order on all interested parties.**

APPROVED:

/s/ Gary D. Hammond
Gary D. Hammond, OBA# 13825
HAMMOND LAW FIRM
512 N.W. 12th Street
Oklahoma City, OK  73103
405.216.0007 - Telephone
405.232.6358 - Facsimile
gary@okatty.com - Email
**ATTORNEY FOR MICHAEL FRIDAY**

/s/ Amanda R. Blackwood
Amanda R. Blackwood, OBA #33839
BLACKWOOD LAW FIRM, PLLC
512 NW 12th Street
Oklahoma City, OK 73103
405.309.3600 -Telephone
405.378.4466 – Facsimile
amanda@blackwoodlawfirm.com – Email
**ATTORNEY FOR MICHAEL FRIDAY**